# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**MARK RAY; REVA STACHNIW; RON THROGMARTIN; CUSTOM CONSULTING & PRODUCT SERVICES, LLC; RM FARM & LIVESTOCK, LLC; MR CATTLE PRODUCTION SERVICES, LLC; SUNSHINE ENTERPRISES; UNIVERSAL HERBS, LLC; DBC LIMITED, LLC,**<br><br>Defendants. | **Civil Action File No. 1:19-CV-02789** |

## ENTRY OF APPEARANCE

Daniel W. Carr of Dill Dill Carr Stonbraker & Hutchings, P.C., hereby enters his appearance on behalf of Defendants Mark Ray, Custom Consulting & Product Services, LLC, MR Cattle Production Services, LLC, Universal Herbs, LLC and DBC Limited, LLC.

Respectfully submitted this 30th day of September, 2019.

**DILL DILL CARR STONBRAKER & HUTCHINGS, P.C.**

*Duly signed original on file at the offices of Dill Dill Carr Stonbraker & Hutchings, P.C.*

*/s/ Daniel W. Carr*
Daniel W. Carr, No. 8224
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 30th day of September, 2019 a true and correct copy of the foregoing was served upon the following:

  Joshua A. Mayes
  Securities and Exchange Commission
  950 East Paces Ferry Road, NE, Suite 900
  Atlanta, GA 30326

           *Duly signed original on file at the offices of*
           *Dill Dill Carr Stonbraker & Hutchings, P.C.*


           */s/ Scott Widney*
           Scott Widney

2