#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02789-DDD-NYW

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

MARK RAY,
REVA STANCHIW;
RONALD THROGMARTIN;
CUSTOM CONSULTING & PRODUCT SERVICES, LLC;
RM FARM AND LIVESTOCK, LLC;
MR CATTLE PRODUCTION SERVICES, LLC;
SUNSHINE ENTERPRISES,
UNIVERSAL HERBS, LLC;
DBC LIMITED, LLC

        Defendants.

### UNOPPOSED MOTION FOR RELIEF FROM ADMINSTRATIVE STAY FOR LIMITED PURPOSE OF ISSUING SUBPOENAS

Gary Schwartz, in his capacity as state court appointed receiver for Mark Ray, Reva Stachniw, Custom Consulting and Product Services, RM Farm &Livestock, LLC, MR Cattle Production Services, Sunshine Enterprises, Universal Herbs, LLC, and DBC Limited, LLC ("Schwartz" or the "Receiver"), hereby moves this Court for relief from the administrative stay for the limited purpose of issuing subpoenas pursuant to Fed. R. Civ. P. 45, and in support, states as follows.

1. On September 30, 2019, the District Court for City and County of Denver, in the case titled *Cheval v. Ray et al*, Case. No. 2019CV33770 (the "State Receivership Case") issued an Order appointing Gary Schwarz as receiver over the assets of Mark Ray, Custom Consulting & Product Services, LLC, MR Cattle Production Services, Universal Herbs, LLC and DBC Limited.

2. On November 4, 2019, the court in the State Receivership Case issued a second order appointing Schwartz as receiver over the assets of RM Farm & Livestock, Sunshine Enterprises, and the real property known as Glencoe Ranch, which is in the name of or under the control of Reva Stachniw ("Orders").

3. Both of these Orders permit the Receiver to issue Colorado state court subpoenas as necessary to investigate and perform a complete forensic accounting of the alleged Ponzi scheme and the assets of the Receivership Estate, and as necessary to manage and preserve the Estate.

4. At the same time, the Securities and Exchange Commission filed this companion suit in the United States District Court for the District of Colorado, alleging numerous violations of the Securities Exchange Act against Defendants.

5. Simultaneously with filing this suit, the SEC and Defendants filed stipulated motions for consent bifurcated judgments, which the Court granted on October 10, 2019 and October 18, 2019 [Dkt. 10, 12, and 15]. These orders administratively stayed this case until conclusion of the State Receivership Case.

6. As laid out in the SEC Complaint [Dkt. 1], Defendants are accused of running a Ponzi scheme that was national in scope. Many of the victims live in different states, including Nebraska, Illinois, Oklahoma, California, and Tennessee. Many of the relevant transactions constituting the alleged Ponzi scheme occurred outside of the State of Colorado. Further, many of the assets and potential assets of the Receivership Estate are located outside of Colorado.

7. Likewise, the Ponzi scheme involved many different banks, some of which operate in only one state, such as Illinois or Nebraska. Often, one victim would wire money to a different victim's bank, bypassing the Defendants' bank accounts entirely.

8. In order to efficiently and effectively investigate the relevant facts and perform a thorough forensic accounting, the Receiver needs to be able to subpoena relevant documents and witnesses. Because many of the relevant documents and persons are located outside the jurisdiction of the State of Colorado, the limited reach of state court process is hampering the Receiver's investigation and management of the Estate.

9. Therefore, the Receiver respectfully requests that this Court lift the administrative stay for the limited purpose of permitting the Receiver to issue federal subpoenas pursuant to Fed. R. Civ. P. 45 for relevant documents and witnesses.

10. Such relief will facilitate the efficient administration of the Estate and permit the Receiver to meet his duties.

11. No party will be prejudiced by this relief, and no party objects to the relief requested herein.

**WHEREFORE,** Gary Schwartz in his capacity as court-appointed receiver, respectfully requests the Court lift the administrative stay for the limited purpose of permitting the Receiver to issue subpoenas pursuant to Fed. R. Civ. P. 45.

Respectfully submitted this 5th Day of February, 2020

/s/ Katherine Roush
John A. Chanin
Katherine Roush
FOSTER GRAHAM MILSTEIN & CALISHER, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
jchanin@fostergraham.com
kroush@fostergraham.com
Phone: 303-333-9810
Facsimile: 303-333-9786
*Attorneys for Gary Schwartz in his capacity as State-Court Appointed Receiver for Mark Ray, Reva Stachniw, Custom Consulting and Product Services, RM Farm &Livestock, LLC, MR Cattle Production Services, Sunshine Enterprises, Universal Herbs, LLC, and DBC Limited, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th Day of February, 2020, I electronically filed the foregoing **UNOPPOSED MOTION FOR RELIEF FROM ADMINSTRATIVE STAY FOR LIMITED PURPOSE OF ISSUING SUBPOENAS** with the Clerk of the Court using the ECF system, and served via electronic mail to the following:

Joshua A. Mayes
U.S. Securities & Exchange Commission-Atlanta
950 East Paces Ferry Road NE
Suite 900
Atlanta, GA 30326
404-842-5747
Email: mayesj@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

**Daniel W. Carr**
**John Alonzo Hutchings**
Dill Dill Carr Stonbraker & Hutchings, P.C.
455 Sherman Street
Suite 300
Denver, CO 80203
303-777-3737
Fax: 303-777-3823
Email: dancarr@dillanddill.com
Email: jhutchings@dillanddill.com

*Attorneys for Defendants Mark Ray, Custom Consulting & Product Services, LLC; MR Cattle Production Services, LLC;Universal Herbs, LLC, DBC Limited, LLC*


                                                  */s/   Lucas Wiggins*
                                                       Lucas Wiggins