**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-02789-DDD-NYW

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

MARK RAY,
REVA STANCHIW;
RONALD THROGMARTIN;
CUSTOM CONSULTING & PRODUCT SERVICES, LLC;
RM FARM AND LIVESTOCK, LLC;
MR CATTLE PRODUCTION SERVICES, LLC;
SUNSHINE ENTERPRISES,
UNIVERSAL HERBS, LLC;
DBC LIMITED, LLC

        Defendants.

## JOINT STATUS REPORT REGARDING ISSUING SUBPOENAS

Gary Schwartz, in his capacity as state court appointed receiver for Mark Ray, Reva Stachniw, Custom Consulting and Product Services, RM Farm &Livestock, LLC, MR Cattle Production Services, Sunshine Enterprises, Universal Herbs, LLC, and DBC Limited, LLC ("Schwartz" or the "Receiver") and the Securities and Exchange Commission ("SEC") hereby submit this joint status report regarding the status of subpoenas the Receiver has issued pursuant to Fed. R. Civ. P. 45.

        1.      On March 4, 2020, the Receiver issued a federal subpoena for production of documents to Henderson State Bank ("HSB") in Nebraska, which was served on March 9, 2020. HSB served written objections to the subpoena on March 23, 2020. The Receiver and HSB are continuing to confer on HSB's objections.

2. On March 27, the Receiver issued federal subpoenas for production on 1st Source Bank in Indiana, CUSB Bank in Iowa, and Citizens Bank in Illinois. The Receiver has not yet been able to serve the subpoena on Citizens Bank due to a statewide shelter-in-place order in Illinois, nor has the Receiver been able to serve the subpoena on 1st Source Bank due to COVID-19 restrictions on service. The subpoena on CUSB was served on March 30, 2020.

3. As its investigation continues, the Receiver may serve additional federal subpoenas to produce documents. Specifically, as the Receiver continues to receive bank records of investors and victims in the Ponzi scheme, it may uncover additional involved bank accounts and investors outside the state of Colorado, and will need to subpoena the records of said investors and bank accounts in order to perform a complete forensic analysis.

4. The Receiver's efforts to subpoena out-of-state banks have been further hampered by the COVID-19 crisis and its impact on the ability of process server to serve the subpoenas and also the subpoenaed parties' ability to respond to subpoenas in a timely manner.

5. Therefore, the Receiver respectfully requests that this Court maintain its Order lifting the administrative stay for the limited purpose of permitting the Receiver to issue federal subpoenas pursuant to Fed. R. Civ. P. 45 for the foreseeable future.

6. Such relief will facilitate the efficient administration of the Estate and permit the Receiver to meet his duties.

7. No party will be prejudiced by this continued relief.

Respectfully submitted this 2nd Day of April, 2020

*/s/ Katherine Roush*
John A. Chanin
Katherine Roush
FOSTER GRAHAM MILSTEIN & CALISHER, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
*jchanin@fostergraham.com*
*kroush@fostergraham.com*

Phone: 303-333-9810
Facsimile: 303-333-9786

*Attorneys for Gary Schwartz in his capacity as State-Court Appointed Receiver for Mark Ray, Reva Stachniw, Custom Consulting and Product Services, RM Farm &Livestock, LLC, MR Cattle Production Services, Sunshine Enterprises, Universal Herbs, LLC, and DBC Limited, LLC*

And

*/s/ Joshua A. Mayes*
Joshua A. Mayes
U.S. Securities & Exchange Commission-Atlanta
950 East Paces Ferry Road NE
Suite 900
Atlanta, GA 30326
404-842-5747
Email: mayesj@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2d Day of April, 2020, I electronically filed the foregoing **JOINT STATUS REPORT REGARDING ISSUING SUBPOENAS** with the Clerk of the Court using the ECF system, and served via electronic mail to the following:

Joshua A. Mayes
U.S. Securities & Exchange Commission-Atlanta
950 East Paces Ferry Road NE
Suite 900
Atlanta, GA 30326
404-842-5747
Email: mayesj@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

 

                                          */s/     Lucas Wiggins*
                                                Lucas Wiggins