.0IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:19-cv-02789-DDD-NYW

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

MARK RAY,
REVA STANCHIW;
RONALD THROGMARTIN;
CUSTOM CONSULTING & PRODUCT SERVICES, LLC;
RM FARM AND LIVESTOCK, LLC;
MR CATTLE PRODUCTION SERVICES, LLC;
SUNSHINE ENTERPRISES,
UNIVERSAL HERBS, LLC;
DBC LIMITED, LLC

      Defendants.

---

## JOINT STATUS REPORT REGARDING ISSUING SUBPOENAS

---

Gary Schwartz, in his capacity as state court appointed receiver for Mark Ray, Reva Stachniw, Custom Consulting and Product Services, RM Farm & Livestock, LLC, MR Cattle Production Services, Sunshine Enterprises, Universal Herbs, LLC, and DBC Limited, LLC ("Schwartz" or the "Receiver") and the Securities and Exchange Commission ("SEC") hereby submit this joint status report regarding the status of subpoenas the Receiver has issued pursuant to Fed. R. Civ. P. 45.

1.      On March 4, 2020, the Receiver issued a federal subpoena for production of documents to Henderson State Bank ("HSB") in Nebraska, which was served on March 9, 2020. HSB served written objections to the subpoena on March 23, 2020. HSB made a partial production in response to the subpoena on August 7, 2020. The Parties are still conferring on additional productions.

2.      As of today's date, in addition to the subpoena to HSB described above, the

Receiver has served a subpoena for production to Gwinnet Community Bank, with a response

date of September 22, 2020.

3.      As its investigation continues, the Receiver may serve additional federal

subpoenas to produce documents. Specifically, as the Receiver continues to receive bank records

of investors and victims in the Ponzi scheme, it may uncover additional involved bank accounts

and investors outside the state of Colorado, and will need to subpoena the records of said

investors and bank accounts in order to perform a complete forensic analysis.

4.      As mentioned above, the Receiver is still negotiating with HSB regarding its

response to the subpoena and may file a stipulated protective order in this case to permit HSB

and subpoenaed parties to produce bank-related documents confidentially.

5.      Therefore, the Receiver respectfully requests that this Court maintain its Order

lifting the administrative stay for the limited purpose of permitting the Receiver to issue federal

subpoenas pursuant to Fed. R. Civ. P. 45 for the foreseeable future.

6.      Such relief will facilitate the efficient administration of the Estate and permit the

Receiver to meet his duties.

7.      No party will be prejudiced by this continued relief.


Respectfully submitted this 2nd  Day of September, 2020

> /s/ Katherine Roush
> John A. Chanin
> Katherine Roush
> FOSTER GRAHAM MILSTEIN & CALISHER, LLP
> 360 South Garfield Street, 6th Floor
> Denver, Colorado  80209
> jchanin@fostergraham.com
> kroush@fostergraham.com
> Phone:  303-333-9810
> Facsimile: 303-333-9786

2

*Attorneys for Gary Schwartz in his capacity as State-Court Appointed Receiver for Mark Ray, Reva Stachniw, Custom Consulting and Product Services, RM Farm &Livestock, LLC, MR Cattle Production Services, Sunshine Enterprises, Universal Herbs, LLC, and DBC Limited, LLC*

And

/s/ Joshua A. Mayes
Joshua A. Mayes
U.S. Securities & Exchange Commission-Atlanta
950 East Paces Ferry Road NE
Suite 900
Atlanta, GA 30326
404-842-5747
Email: mayesj@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

        I hereby certify that on this 2nd  Day of September, 2020, I electronically filed the foregoing **JOINT STATUS REPORT REGARDING ISSUING SUBPOENAS** with the Clerk of the Court using the ECF system, and served via electronic mail to the following:


Joshua A. Mayes
U.S. Securities & Exchange Commission-Atlanta
950 East Paces Ferry Road NE
Suite 900
Atlanta, GA 30326
404-842-5747
Email: mayesj@sec.gov

*Attorney for Plaintiff Securities and Exchange Commission*




        */s/      Lucas Wiggins*
        Lucas Wiggins